UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DANIEL B. ABRAHAMS

    Plaintiff,

v.

SIMPLIFY COMPLIANCE, LLC,
 (dba/aka BLR - Business & Legal
Resources)

    Defendant.

Civil Case No. 19-cv-03009 (RDM)

### MOTION FOR ADMISSION *PRO HAC VICE* OF RAIJA HORSTMAN

Mark Klapow, undersigned counsel for Defendant Simplify Compliance, LLC. ("Simplify"), hereby moves that Raija Horstman be admitted to appear and practice *pro hac vice* in this Court in the above-captioned matter pursuant to LCvR 83.2(c).

In support of this motion, undersigned counsel attaches the Affidavit for Admission for Pro Hac Vice of Raija Horstman, which satisfies the requirements of the foregoing Local Rule.

Respectfully submitted,

*/s/* **Mark Klapow**
Mark Klapow
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 624-2500.
Email:  mklapow@crowell.com

1