UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**DANIEL B. ABRAHAMS**

      Plaintiff,                      Civil Case No. 19-cv-03009 (RDM)

v.

**SIMPLIFY COMPLIANCE, LLC,**
 **(dba/aka BLR - Business & Legal )**
**Resources)**

**AFFIDAVIT OF <u>RAIJA HORSTMAN</u> IN SUPPORT
OF MOTION FOR ADMISSION *PRO HAC VICE*** 

      I, Raija Horstman, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Defendant Simplify Compliance, LLC ("Simplify") pursuant to LCvR 83.2(c), and I hereby declare as follows:

      1.      I am counsel with the law firm of Crowell & Moring LLP which has been retained to represent Defendant Simplify in connection with the above-captioned matter.

      2.      My business address is 515 S. Flower Street, 40th Floor, Los Angeles, California 90071-2258 and my email address is rhorstman@crowell.com.  My telephone number is (213) 443-5530.

      3.      I am a member in good standing of the bar of the State of California, and I am admitted to practice before the United States District Court for the Central District of California.

      4.      My bar identification number for the State of California is 277301.

      5.      A current certificate of good standing from the State of California is attached to this affidavit as Exhibit A.

      6.      I have not had any disciplinary proceedings concerning my practice of law.

7.  I have been, and am currently admitted, to practice before the following courts as of the dates of admission indicated:

| JURISDICTION | DATE OF ADMISSION |
|---|---|
| California State Bar | 06/20/2011 |
| USDC. CA – Central | 12/12/1996 |
| USDC CA – Northern | 04/17/1998 |
| USDC CA – Southern | 12/30/2021 |

8.  I have not been admitted pro hac vice in this Court in the past two years.

9.  I am not a member of the District of Columbia Bar and I do not have an application pending.

10. Based on the foregoing, I respectfully request that I be granted pro hac vice admission in this matter.

I certify and attest under penalty of perjury under the laws of the United States of America that the foregoing statements made by me are true and correct. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated June 27, 2022

Raija Horstman

3

# Exhibit A
# Good Standing Certificate

**The State Bar of California**

OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES

180 Howard Street, San Francisco, CA 94105 — 888-800-3400 — AttorneyRegulation@calbar.ca.gov

# CERTIFICATE OF STANDING

June 27, 2022

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, RAIJA J. HORSTMAN, #277301 was admitted to the practice of law in this state by the Supreme Court of California on June 20, 2011 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Dina DiLoreto
Custodian of Records

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**DANIEL B. ABRAHAMS**

    Plaintiff,                        Civil Case No. 19-cv-03009 (RDM)

v.

**SIMPLIFY COMPLIANCE, LLC,**
**(dba/aka BLR - Business & Legal )**
**Resources)**

### ORDER GRANTING ADMISSION PRO HAC VICE

    AND NOW, this ___ day of _____, 2022, upon consideration of the Motion for Admission *Pro Hac Vice* of RAIJA HORSTMAN, it is hereby ORDERED that said motion is GRANTED, and RAIJA HORSTMAN shall be permitted to actively participate in the above-captioned matter *pro hac vice.*

                                                    BY THE COURT:

                                                    _____

CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below, I electronically filed the foregoing Motion for Admission *Pro Hac Vice*, together with all papers in support thereof, with the Clerk of Court using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

Date: _____      */s/ [INSERT NAME HERE]*_____